## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: CORA LONG**　　　　　　　　　　　　　　**CHAPTER 13**

**DEBTOR**　　　　　　　　　　　　　　　　　　**CASE NO. 18-13981 JDW**

### OBJECTION TO PROOF OF CLAIM
### FILED BY INTERNAL REVENUE SERVICE [ CLAIM NO. 2]

**COMES NOW** the above-named Debtor, by and through her attorney of record in this case, and objects to the Proof of Claim filed by Internal Revenue Service ("Creditor"). In support thereof, shows unto the Court the following:

1. Creditor filed its proof of claim in the amount of $5,225.24 (Clm. #2) on October 31, 2018.

2. Because the Debtor's only income for the previous 4 years is Social Security benefits, she is not required to file a tax return for the years indicated on the claim.

3. The Creditor should amend its claim to $0.00 or withdraw the claim altogether.

4. Other grounds to be shown at the hearing.

**WHEREFORE**, the Debtor prays this Court will sustain this Objection to Proof of Claim at the hearing hereon, and the claim be disallowed, and for such other, further and general relief to which the Debtor may be entitled. This the 2nd day of November, 2018.

　　　　　　　　　　　　　　　　　　　　/s/Robert H. Lomenick
　　　　　　　　　　　　　　　　　　　　**KAREN B. SCHNELLER**
　　　　　　　　　　　　　　　　　　　　**ROBERT H. LOMENICK**
　　　　　　　　　　　　　　　　　　　　**SCHNELLER & LOMENICK, PA**
　　　　　　　　　　　　　　　　　　　　**Attorneys at Law**
　　　　　　　　　　　　　　　　　　　　**Post Office Box 417**
　　　　　　　　　　　　　　　　　　　　**Holly Springs, MS  38635**
　　　　　　　　　　　　　　　　　　　　**662-252-3224**
　　　　　　　　　　　　　　　　　　　　rlomenick@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: DOUGLAS EDWARD HOLLOWAY**          **CHAPTER 13**

**DEBTOR**                                   **CASE NO. 18-13330 JDW**

**NOTICE OF OBJECTION TO CLAIM**

**YOU ARE HEREBY NOTIFIED** that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

**Clerk, U.S. Bankruptcy Court**
**Northern District of Mississippi**
**703 Hwy 145 North**
**Aberdeen, MS 39730**

and a copy must be served on the undersigned Debtor(s)' attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

DATED: November 2, 2018

CHAPTER 13 STANDING TRUSTEE:
Ms. Locke D. Barkley
Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211

        /s/Robert H. Lomenick
        KAREN B. SCHNELLER, MSB 6558
        ROBERT H. LOMENICK, JR., MSB 104186
        SCHNELLER & LOMENICK, P.A.
        126 NORTH SPRING STREET
        POST OFFICE BOX 417
        HOLLY SPRINGS, MS 38635
        662-252-3224/karen.schneller@gmail.com
        rlomenick@gmail.com

## CERTIFICATE OF SERVICE

      I, Karen B. Schneller/Robert H Lomenick, attorney for the Debtor, hereby certify that a copy of the foregoing Objection to Proof Of Claim and the Notice to Objection to Claim has this day been served upon the Chapter 13 Trustee, the U.S. Trustee and Internal Revenue Service, either by electronic means or by United States Mail.

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Internal Revenue Service**
**c/o Office of U.S. Attorney**
**900 Jefferson Avenue**
**Oxford, MS 38655**

**Locke Barkley**
**Chapter 13 Trustee**
**P.O. Box 55829**
**Jackson, Mississippi 39296**

**Office of U.S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39201**

      This the 2nd day of November, 2018.

                            /s/Robert H Lomenick
                            **KAREN B. SCHNELLER**
                            **ROBERT H. LOMENICK**