

SO ORDERED,

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: CORA LONG**                                           **CHAPTER 13**

**DEBTOR**                                                     **CASE NO. 18-13981**

## ORDER EXTENDING AUTOMATIC STAY

ON THIS DATE, the Court considered the Motion for Extension of Automatic Stay ("Motion") and Declaration in Support thereof filed by the Debtor and its "Standing Order Regarding Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice").  The Hearing Notice included an objection deadline, provided that, if no objection to the Motion was timely filed by the stated deadline, then the Motion could be granted as unopposed.  No objection to the extension of the automatic stay was timely filed by any party.  Accordingly, the Court finds that just cause exists for the entry of the following order.

It is therefore, ORDERED and ADJUDGED that the Motion filed by the Debtor is hereby GRANTED and the automatic stay is hereby EXTENDED AS TO ALL CREDITORS

pursuant to 11 U.S.C. §362(c)(3)(B).

#ENDOFORDER#

PREPARED BY:

KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
P.O. BOX 417
HOLLY SPRINGS, MS 38635
662-252-3224
karen.schneller@gmail.com
rlomenick@gmail.com