# United States Bankruptcy Court
## Northern District of Mississippi

In re   **Cora Long**                                                                 Case No.   **18-13981**
                          Debtor(s)                        Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 20, 2018**, a copy of  **Agreed Order Continuing Meeting Of Creditors to December 17, 2018, at 2:00 p.m. at the Oxford Conference Center, 102 Ed Perry Blvd., Oxford, Mississippi 38655,  Objection to Confirmation Deadline Extended to December 31, 2018, and Objections to Confirmation to be heard on January 8, 2018, at 1:30 p.m. at the U.S.Federal Building, 911 Jackson Avenue, Oxford, Mississippi 38655.**  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Benton County Chancery Clerk**
**PO Box 218**
**Ashland, MS 38603-0218**

**Benton County Tax Collector**
**PO Box 337**
**Ashland, MS 38603**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**Mississippi Department Of Revenue**
**Bankruptcy Division**
**P.O. Box 22808**
**Jackson, MS 39225**

**Office Of U.S. Attorney**
**U.S. Department Of Education**
**900 Jefferson Ave**
**Oxford, MS 38655-3608**

**Office Of U.S. Attorney**
**USDA-RHA**
**900 Jefferson Ave**
**Oxford, MS 38655-3608**

**Sallie Mae**
**PO Box 9500**
**Wilkes Barre, PA 18773-9500**

**Santander Consumer USA, Inc.**
**Attn:  Bankrutpcy Department**
**PO Box 560284**
**Dallas, TX 75356-0284**

**Stephens Millirons, PC**
**120 Seve Cedars Dr**
**Huntsville, AL 35802**

**U.S. Department Of Education**
**61 Forsyth St SW Ste 19T40**
**Atlanta, GA 30303-8919**

**USDA  - Rural Housing**
**Bankruptcy Section**
**PO Box 66879**
**Saint Louis, MO 63166-6879**

**USDA - Rural Development**
**3101 Mullins Dr**
**Corinth, MS 38834-8570**

**USDA - Rural Development**
**Attn:  Bankruptcy Section**

**PO Box 66879**
**Saint Louis, MO 63166-6879**

**Verizon Wireless Bankruptcy Admin**
**500 Technology Dr Ste 500**
**Saint Charles, MO 63304-2225**

**/s/ Robert H. Lomenick**
**Robert H. Lomenick 104186**
**Schneller & Lomenick, P.A.**
**126 North Spring Street**
**Post Office Box 417**
**Holly Springs, MS 38635**
**662-252-3224Fax:662-252-2858**
**rlomenick@gmail.com**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy